**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**EVERY RICHARDSON** **PLAINTIFF**
**ADC #139311**

**v.** **Case No: 4:24-cv-00937-LPR-PSH**

**WARD, et al.** **DEFENDANTS**

# ORDER

Plaintiff Every Richardson filed a *pro se* complaint on October 30, 2024, while incarcerated at the Varner Supermax Unit of the Arkansas Division of Correction.[1] In an initial Order, Magistrate Judge Harris notified Mr. Richardson of his duty to promptly notify the Clerk and the parties of any change in his address.[2] Judge Harris also warned Mr. Richardson that if any communication sent to him from the Court is not responded to within 30 days, his case may be dismissed without prejudice.[3]

On April 21, 2026, Judge Harris entered a Text Order noting that Mr. Richardson was no longer listed as an inmate at the Varner Supermax Unit on the ADC's website and directing Mr. Richardson to provide notice of his current mailing address within thirty days.[4] That Order was returned as undeliverable with a notation that he had refused the order and was now at the East Arkansas Regional Unit.[5] On June 22, 2026, Judge Harris entered another Text Order directing Mr. Richardson to provide notice of his current mailing address within thirty days.[6]

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 6) at 1.

[3] *Id.*

[4] Order (Doc. 23).

[5] Returned Mail (Doc. 24). The envelope indicates that the East Arkansas Regional Unit received the Order on May 1, 2026, and that the Order was marked for return on May 5, 2026, based on Mr. Richardson's refusal of his mail.

[6] Order (Doc. 25).

Judge Harris warned Mr. Richardson that his failure to update his address within thirty days could result in the dismissal of his Complaint without prejudice.[7] The Order was sent to Mr. Richardson at both his address of record and the East Arkansas Regional Unit.[8] Mr. Richardson has not complied with, or otherwise responded to, the Court's June 22 Order, and the time for doing so has expired.

Accordingly, Mr. Richardson's Complaint is therefore DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[7] *Id.*

[8] *Id.*